Ronald Lloyd SUTPHIN, Petitioner–Appellant,

v.

COMMONWEALTH OF VIRGINIA, Respondent–Appellee.

No. 00–7813.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided May 3, 2001.

Ronald Lloyd Sutphin, pro se. Richard Bain Smith, Assistant Attorney General, Richmond, VA, for appellee.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Ronald Lloyd Sutphin appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the rea-

soning of the district court. *Sutphin v. Virginia*, No. CA–00–335–7 (W.D.Va. Nov. 30, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*